# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR337 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MATTHEW N. BATTLES, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's unopposed motion for an extension of time until May 12, 2008 (Filing No. 35) to file objections to the Magistrate Judge's Report and Recommendation.

IT IS ORDERED:

1. The Defendant's unopposed motion for an extension of time (Filing No. 35) to file objections to the Magistrate Judge's Report and Recommendation is granted; and

2. The Defendant must file any objections to the Report and Recommendation on or before May 12, 2008.

DATED this 17th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge